AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**David Charles Mish, Jr.**<br>―――――――――<br>*Defendant(s)* | Case: 1:21-mj-00064<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) | Unlawful Entry on Restricted Buildings or Grounds |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

**See attached statement of facts.**

☑ Continued on the attached sheet.

*Complainant's signature*

Charles Butcher, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/15/2021

*Judge's signature*

City and state: Washington, DC          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*